

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR REHEARING

Appellate case name:     City of Houston v. Young Ran Kim

Appellate case number:   01-20-00333-CV

Trial court case number: 19-DCV-263628

Trial court:             268th District Court of Fort Bend County

    It is ordered that the motion for rehearing is **DENIED**.

Judge's signature:           /s/ Veronica Rivas-Molloy
                             ☑ Acting for the Court

The panel consists of Justices Goodman, Hightower, and Rivas-Molloy.

Date:  September 15, 2022.